IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and HOWARD McDOUGALL, trustee, <br><br> Plaintiffs, <br><br> v. <br><br> RIVERBEND SCRAP CORPORATION, an Illinois corporation, <br><br> Defendant. | Case No. 08 C 328 <br><br> District Judge Harry D. Leinenweber <br><br> Magistrate Judge Brown |

### AFFIDAVIT OF JO EVELYN GEORGE-ROBERSON

State of Illinois   )
                    ) SS
County of Cook      )

I, Jo Evelyn George-Roberson, having been duly sworn on oath, depose and state as follows:

1. I am the Department Manager - Collections at the Central States, Southeast and Southwest Areas Health and Welfare Fund ("Health Fund") and Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund"). I have personal knowledge of the facts set forth below and would be competent to testify as to these facts if called as a witness in this matter.

F:253131 / 07111008 / 2/15/08               -1-

EXHIBIT A

2.   I am responsible for managing the collection of past due employer contributions owed to the Pension and Health Funds, including past due employer contributions owed by Defendant Riverbend Scrap Corporation, an Illinois corporation.

3.   In the regular course of business, the Pension and Health Funds keep and maintain files relating to the contributions owed by Defendant to the Pension and Health Funds. The file is under my dominion and control.

4.   On the date this action was filed and to the present date, Plaintiff Howard McDougall was and is one of the trustees and a fiduciary of the Pension and Health Funds. The Trustees are the plan sponsors of the Funds within the meaning of Section 4001(a)(10) of ERISA, 29 U.S.C. § 1301(a)(10).

5.   The Health Fund is a multiemployer plan which is administered at its principal place of business at 9377 West Higgins Road, Rosemont, Illinois 60018-4938.

6.   The Pension Fund is a multiemployer plan which is administered at its principal place of business at 9377 West Higgins Road, Rosemont, Illinois 60018-4938.

7.   The Pension and Health Funds receive employer contributions from employers pursuant to collective bargaining agreements by and between employers and various local unions affiliated with the International Brotherhood of Teamsters ("IBT"). All principal and income from such contributions and investments thereof is held and used for the exclusive purpose of providing benefits to participants and beneficiaries of the Pension and Health Funds and paying the administrative expenses of the Funds.

8. Defendant was bound by a collective bargaining agreement entered into between Defendant and the IBT, pursuant to which Defendant agreed to pay contributions to the Pension and Health Funds on behalf of certain covered employees.

9. Defendant is bound by a Participation Agreement entered into with the IBT that requires Defendant to pay contributions to the Pension and Health Funds.

10. Defendant is bound by both the Pension and Health Funds' Trust Agreements.

11. The Pension and Health Funds rely upon employers to self-report the work history of eligible employees. Under this self-reporting system, participating employers initially establish a base group of employees for whom contributions are due. Thereafter, the employer is required to notify the Funds on a monthly basis of any changes in the employment status of individuals covered by the collective bargaining agreement (e.g. layoffs, new hires, terminations, etc.). The Pension and Health Funds rely upon these reports submitted by employers to prepare a monthly contributions bill that is sent to the employers. Contributions for each calendar month are due 15 days after the end of the month.

12. Defendant has not paid all employer contributions owed by Defendant to the Pension and Health Funds for the period of August 2007 through December 2007 in the principal amount of $9,158.70. A true and genuine copy of the Pension and Health Funds' Member Contribution Report for Defendant for the period of August 2007 through December 2007 is attached hereto as Exhibit 1 and is incorporated herein by reference. A true and genuine copy of the Pension and Health Funds' Breakdown of Contributions

Outstanding for Defendant is attached hereto as Exhibit 2 and is incorporated herein by reference.

13. Under Section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), the Pension and Health Funds are entitled to the following relief when prevailing in an action under Section 515 of ERISA, 29 U.S.C. § 1145:

> (i) the unpaid contributions;
> (ii) interest on the unpaid contributions;
> (iii) an amount equal to the greater of the interest or liquidated damages as provided under the Plan in an amount not in excess of twenty percent (20%) of the unpaid contributions; and
> (iv) reasonable attorney's fees and costs.

14. Pursuant to the terms of the Pension and Health Funds' Trust Agreements, the Funds are entitled to pre-judgment interest on the entire outstanding balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

15. Through February 15, 2008, Defendant owes interest on the unpaid employer contributions in the total amount of $200.31 to the Pension and Health Funds.

16. Pursuant to the terms of the Pension and Health Funds' Trust Agreements, the Funds are entitled to the greater of doubled interest or liquidated damages in the amount of twenty percent (20%) of unpaid employer contributions.

17. Defendant owes liquidated damages in the greater amount of twenty percent (20%) of the unpaid employer contributions in the total amount of $1,831.74 to the Pension and Health Funds.

18.     As a result of Defendant's failure to pay all of the contributions owed by Defendant to the Pension and Health Funds, Defendant is indebted in the total amount of $11,190.75 to the Funds, exclusive of attorney's fees and costs.

19.     Under the Pension and Health Funds' Plans, interest on a judgment entered against an employer is computed and charged at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth day of the months for which the interest is charged.

**FURTHER AFFIANT SAYETH NOT.**

_____
Jo Evelyn George-Roberson

Subscribed and sworn to before
me, a Notary Public, this 15
day of February 2008.
_____
Notary Public

Official Seal
Laura A Mazeika
Notary Public State of Illinois
My Commission Expires 07/26/2010

# MEMBER CONTRIBUTION REPORT
## MEMBER INFORMATION

Report Date: 02/13/2008
Page 1 of 1

Employer : RIVERBEND SCRAP CORPORATION
Period Start : 07/29/2007  -  Period Stop : 12/29/2007
Sorted by : Terminal - Member Name

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | | SEP | | OCT | | NOV | | DEC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRANCIS, DOUGLAS, B | | SSN: | | Year: 2007 | | | ETLC No. 6778770 - 0100 - 00525B | | | | | | | | Employee Type: Regular | |
| | 12/31 | 01/28 | 02/25 | 04/01 | 04/29 | 05/27 | 07/01 | 07/29 ACT | 1 | 08/26 ACT | 1 | 09/30 ACT | 1 | 10/28 ACT | 1 | 11/25 ACT | 1 |
| | 01/07 | 02/04 | 03/04 | 04/08 | 05/06 | 06/03 | 07/08 | 08/05 ACT | 1 | 09/02 ACT | 1 | 10/07 ACT | 1 | 11/04 ACT | 1 | 12/02 ACT | 1 |
| | 01/14 | 02/11 | 03/11 | 04/15 | 05/13 | 06/10 | 07/15 | 08/12 ACT | 1 | 09/09 ACT | 1 | 10/14 ACT | 1 | 11/11 ACT | 1 | 12/09 ACT | 1 |
| | 01/21 | 02/18 | 03/18 | 04/22 | 05/20 | 06/17 | 07/22 | 08/19 ACT | 1 | 09/16 ACT | 1 | 10/21 ACT | 1 | 11/18 ACT | 1 | 12/16 ACT | 1 |
| | | | 03/25 | | | 06/24 | | | | 09/23 ACT | 1 | | | | | 12/23 TER | |
| H&W | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $708.00 | 4 | $885.00 | 5 | $730.80 | 4 | $730.80 | 4 | $730.80 | 4 |
| PEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| | Year: 2007 | H&W Weeks: 21 | $3785.40 | | | PEN | $0.00 | | | | | | | | | | |
| | FRANCIS, RICHARD, L | | SSN: | | Year: 2007 | | | ETLC No. 6778770 - 0100 - 00525A | | | | | | | | Employee Type: Regular | |
| | 12/31 | 01/28 | 02/25 | 04/01 | 04/29 | 05/27 | 07/01 | 07/29 ACT | 1 | 08/26 ACT | 1 | 09/30 ACT | 1 | 10/28 ACT | 1 | 11/25 ACT | 1 |
| | 01/07 | 02/04 | 03/04 | 04/08 | 05/06 | 06/03 | 07/08 | 08/05 ACT | 1 | 09/02 ACT | 1 | 10/07 ACT | 1 | 11/04 ACT | 1 | 12/02 ACT | 1 |
| | 01/14 | 02/11 | 03/11 | 04/15 | 05/13 | 06/10 | 07/15 | 08/12 ACT | 1 | 09/09 ACT | 1 | 10/14 ACT | 1 | 11/11 ACT | 1 | 12/09 ACT | 1 |
| | 01/21 | 02/18 | 03/18 | 04/22 | 05/20 | 06/17 | 07/22 | 08/19 ACT | 1 | 09/16 ACT | 1 | 10/21 ACT | 1 | 11/18 ACT | 1 | 12/16 ACT | 1 |
| | | | 03/25 | | | 06/24 | | | | 09/23 ACT | 1 | | | | | 12/23 TER | |
| H&W | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $830.80 | 4 | $1038.50 | 5 | $860.00 | 4 | $860.00 | 4 | $860.00 | 4 |
| PEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $176.00 | | $220.00 | | $176.00 | | $176.00 | | $176.00 | |
| | Year: 2007 | H&W Weeks: 21 | $4449.30 | | | PEN Weeks: 21 | $924.00 | | | | | | | | | | |
| | Report totals: | | | | | | | | | | | | | | | | |
| H&W | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1538.80 | | $1923.50 | | $1590.80 | | $1590.80 | | $1590.80 | |
| PEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $176.00 | | $220.00 | | $176.00 | | $176.00 | | $176.00 | |

EXHIBIT 1

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
PENSION FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
**AS OF FEBRUARY 13, 2008**

**RIVERBEND SCRAP CORPORATION**
ACCOUNT NO. 6778770-0100

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 02/15/08* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1610173 | 08/2007 Billing | $176.00 | $6.77 | $0.00 | | 182.77 |
| 1625698 | 09/2007 Billing | 220.00 | 7.08 | 0.00 | | 227.08 |
| 1641028 | 10/2007 Billing | 176.00 | 0.00 | 0.00 | | 176.00 |
| 1647694 | 11/2007 Billing | 176.00 | 0.00 | 0.00 | | 176.00 |
| 1667524 | 12/2007 Billing | 176.00 | 0.00 | 0.00 | | 176.00 |
| TOTALS | | $924.00 | $13.85 | $0.00 | | $937.85 ** |

FOOTNOTES:

*Interest thru 02/15/2008 computed on individual items from date due.

** A judgment entered against an employer shall include the total balance due as stated above plus an additional amount equal to the greater of:

(A) Doubling of interest    $13.85

(B) Liquidated damages, based on the unpaid contributions in the amount of 20%    $184.80

LG:S/Delinquent Accounts/Riverbend Scrap

EXHIBIT 2

CENTRAL STATES. SOUTHEAST AND SOUTHWEST AREAS
HEALTH AND WELFARE FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
**AS OF FEBRUARY 13, 2008**

**RIVERBEND SCRAP CORPORATION**
ACCOUNT NO. 6778770-0100

| TRANS NO | DESCRIPTION | AMOUNT | INT THRU 02/15/08* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1610173 | 08/2007 Billing | $1,538.80 | $59.60 | $0.00 | | $1,598.40 |
| 1625698 | 09/2007 Billing | 1,923.50 | 58.62 | 0.00 | | 1,982.12 |
| 1641028 | 10/2007 Billing | 1,590.80 | 35.04 | 0.00 | | 1,625.84 |
| 1647694 | 11/2007 Billing | 1,590.80 | 22.80 | 0.00 | | 1,613.60 |
| 1667524 | 12/2007 Billing | 1,590.80 | 10.40 | 0.00 | | 1,601.20 |
| TOTALS | | $8,234.70 | $186.46 | $0.00 | | $8,421.16 ** |

FOOTNOTES:

*Interest thru 02/15/2008 computed on individual items from date due.

** A judgment entered against an employer shall include the total balance due as stated above plus an additional amount equal to the greater of:

(A) Doubling of interest                                                    $186.46

(B) Liquidated damages, based on the unpaid
     contributions in the amount of 20%                                     $1,646.94

LG:S/Delinquent Accounts/Riverbend Scrap