IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and HOWARD McDOUGALL, trustee,<br><br>    Plaintiffs,<br><br>v.<br><br>RIVERBEND SCRAP CORPORATION, an Illinois corporation,<br><br>    Defendant. | Case No. 08 C 328<br><br>District Judge Harry D. Leinenweber<br><br>Magistrate Judge Brown |

### AFFIDAVIT OF LAURA B. BACON

State of Illinois  )
                   )  SS:
County of Cook     )

I, Laura B. Bacon, having been fully sworn upon my oath, depose and state as follows:

1. I am an attorney employed by Plaintiffs Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and Central States, Southeast and Southwest Areas Health and Welfare Fund ("Health Fund").

2. I was admitted to the bar of the State of Illinois in 2006 and to the bar of the United States District Court for the Northern District of Illinois in 2007.

F 253128 / 07111008 / 2/15/08    -1-

EXHIBIT B

3. I have personal knowledge with respect to the matters set forth in this Affidavit and am familiar with the above-captioned litigation.

4. I have reviewed the Pension Fund and Health Funds' billing records and have determined that the work performed in connection with this case was performed by myself ("LBB"), Albert M. Madden (AMM), supervising attorney, and George O. Hansen (GOH), senior paralegal.

5. Copies of the billing records generated in this matter and reflecting the work performed, and the expenses incurred, are attached hereto as Exhibit 1.

6. I believe that a reasonable rate per hour for the aforementioned legal services is $135.00 for work performed by myself. I believe that a reasonable rate per hour for the aforementioned services performed by Albert M. Madden is $250.00 and that a reasonable rate per hour for the aforementioned services performed by George O. Hansen is $105.00.

7. On that basis, the total amount of legal fees incurred in this matter is $1,192.50 (7.5 hours x $135 per hour for myself, 0.3 hours x $250 per hour for Albert M. Madden, and 1.0 hours x $105 per hour for George O. Hansen).

8. The Pension and Health Funds have also incurred costs in the amount of $576.10 in connection with this litigation.

9. Consequently, the total amount of attorney's fees and costs owed is $1,768.60.

10. I believe that the aforementioned court costs and attorney's fees were necessarily incurred and are reasonable in amount.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Laura B. Bacon

Subscribed and sworn to before me,
a Notary Public of the State of Illinois,
this _15_ day of February, 2008.
_____
Notary Public

Official Seal
Laura A Mazeika
Notary Public State of Illinois
My Commission Expires 07/26/2010

**Central States Funds**
9377 West Higgins Road
Rosemont, Illinois  60018

February 14, 2008

Case Name: **Riverbend Scrap Corporation II**
Control No: **07111008**
Case Type: **CON**
Allocation: **2**

## Description of Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/2007 | LBB | Review file; email to Larry Davis. | 0.50 | 67.50 |
| 12/17/2007 | LBB | Email correspondence with Larry Davis; review file. | 1.00 | 135.00 |
| 1/2/2008 | LBB | Voice mail from Larry Davis. | 0.10 | 13.50 |
| 1/7/2008 | LBB | Email correspondence with Jo Evelyn George Roberson. | 0.20 | 27.00 |
| 1/10/2008 | LBB | Draft complaint. | 2.00 | 270.00 |
|  | AMM | Review Complaint. | 0.30 | 75.00 |
| 1/15/2008 | LBB | Email to Jo Evelyn George Roberson; file complaint; email correspondence with the court. | 1.00 | 135.00 |
| 1/16/2008 | LBB | Draft memorandum to Pete Priede regarding new complaint. | 0.20 | 27.00 |
|  | GOH | Conference with Laura B. Bacon; correspondence Markell & Associates. | 1.00 | 105.00 |
| 2/13/2008 | LBB | Draft default motion and supporting materials. | 2.50 | 337.50 |

EXHIBIT 1

**Riverbend Scrap Corporation II**
07111008
CON
2

February 14, 2008
Page 2

|  | Hours | Amount |
|---|---|---|
| **Total Fees** | **8.80** | **$1,192.50** |

**Riverbend Scrap Corporation II**
07111008
CON
2

February 14, 2008
Page 3

## Expenses

|  |  | Amount |
|---|---|---|
| 1/15/2008 | Complaint filed. | 350.00 |
| 1/22/2008 | Service of summons and complaint on defendant. Personal service on Douglas Boys Francis, Registered Agent. | 226.10 |

**Total Expenses**     **$576.10**

**Total amount of this bill**     **$1,768.60**