IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and HOWARD McDOUGALL, trustee,<br><br>       Plaintiffs,<br><br>  v.<br><br>RIVERBEND SCRAP CORPORATION, an Illinois corporation,<br><br>       Defendant. | Case No. 08 C 328<br><br>District Judge Harry D. Leinenweber<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

TO:   Riverbend Scrap Corporation
c/o Douglas B. Francis
18254 Oak Rest Road
Brighton, IL 62012

PLEASE TAKE NOTICE that on February 20, 2008 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Harry D. Leinenweber of the United States District Court for the Northern District of Illinois, located at Courtroom 1941, 219 South Dearborn, Chicago, Illinois, or such other

F:253127 / 07111008 / 2/15/08

-1-

Judge as may be sitting in his stead, and then and there present the attached Plaintiffs'

Motion for Default Judgment. You are entitled to appear and be heard.

                                                Respectfully submitted,

                                                /s/ Laura B. Bacon
                                                Laura B. Bacon
                                                Attorney for Plaintiffs
                                                Central States, Southeast and
                                                Southwest Areas Pension Fund
                                                9377 W. Higgins Road
                                                Rosemont, Illinois 60018-4938
                                                (847)518-9800, Ext. 3704
                                                ARDC No. 6288982
                                                lbacon@centralstatesfunds.org

## **CERTIFICATE OF SERVICE**

I, Laura B. Bacon, one of the attorneys for Plaintiffs, certify that on February 15, 2008 , I caused the foregoing Notice of Motion and Plaintiffs' Motion for Default Judgment to be filed electronically.  This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.  For all other parties, who are listed below, I served the foregoing by mailing said documents to:

Riverbend Scrap Corporation
c/o Douglas B. Francis, Registered Agent
18254 Oak Rest Road
Brighton, IL 62012

Said document was deposited via Overnight Mail, care of the United Parcel Service, Tracking No.: (1Z 395 1X9 22 1018 1933), at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 15th day of February, 2008.

/s/ Laura B. Bacon
Laura B. Bacon
One of Central States' Attorneys