# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 328 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest, et al vs. Riverbend Scrap Corporation | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Default Judgment is granted. Default Judgment is hereby entered in favor of the Plaintiffs' and against the Defendant Riverbend Scrap Corporation in the total amount of $12,959.35.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP