## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv328                    Assigned/Issued By: j. n.

Judge Name:                             Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☑ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets            ☐ Other

☐ Writ _____              _____
       *(Type of Writ)*                  _____
                                         *(Type of issuance)*

  1  Original and  1  copies on  5-21-08  as to  liberty bank
                               *(Date)*

_____
_____