

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND AND CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH & WELFARE FUND; and HOWARD McDOUGALL, trustee,<br><br>        Plaintiffs,<br>   -vs-<br><br>RIVERBEND SCRAP CORPORATION, an Illinois corporation,<br>        Defendant,<br>   and<br><br>LIBERTY BANK<br>2403 Homer M. Adams Parkway<br>ALTON, IL 62002<br>        Garnishee-Defendant. | CASE NO. 08 C 328<br>Judge Leinenweber<br><br>**FILED**<br>JN<br>MAY 21 2008<br>MAY 21 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Laura B. Bacon, on oath states:

1. Judgment was entered on February 20, 2008, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund and Central States, Southeast and Southwest Areas Health & Welfare Fund and Howard McDougall and against judgment debtor(s) Riverbend Scrap Corporation, for $12,959.35 and costs.

2. $ 12,848.30 has been paid on judgment.

3. There is unpaid on the judgment:

   $ 52.20 principal

   $ -0- cost

   $ 58.85 interest

   $ 111.05 TOTAL

4. I believe garnishee **LIBERTY BANK** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: May 21, 2008

NAME: Laura B. Bacon
ATTORNEY FOR: Central States Funds, et al.
ADDRESS: 9377 West Higgins Road
CITY: Rosemont, Illinois 60018-4938
TELEPHONE: (847)518-9800, Ext. 3704

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND et al., <br><br>Plaintiffs, <br><br>-vs- <br><br>RIVERBEND SCRAP CORPORATION, <br><br>Defendant, <br><br>and <br><br>LIBERTY BANK <br><br>Garnishee-Defendant. | CASE NO.  08 C 328 <br>Judge Leinenweber |

## INTERROGATORIES TO GARNISHEE

1. When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

    ANSWER: _____
    (Yes or No)

2. If your answer is yes, describe the property:

    _____

    _____

    _____

3. When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

    ANSWER: _____
    (Yes or No)

4. If your answer is yes, state:

    Description: _____

    Amount: $_____

    Date Due: _____

## AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

F:262910 / 07111008 / 5/21/08                           -2-