## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERBEND SCRAP CORPORATION, an Illinois corporation,<br><br>Defendant. | Case No. 08 C 328<br><br>District Judge Harry D. Leinenweber<br><br>Magistrate Judge Brown |

### PLAINTIFFS' MOTION FOR RELEASE OF GARNISHED FUNDS

NOW COME Plaintiffs, by and through their attorney, and move this Court for an Order directing Liberty Bank, to release certain funds to Plaintiffs. In support, Plaintiffs state as follows:

1. On May 21, 2008, the Clerk of this Court issued a Garnishment Summons (non-wage) to Liberty Bank, Garnishee-Defendant. Attached hereto as Exhibit A is the Garnishment Summons, Affidavit for Garnishment and Interrogatories to Garnishee.

2. Liberty Bank was served with a Garnishment Summons (non-wage), Affidavit for Garnishment (non-wage) and Interrogatories to Garnishee by Process Servers Inc. on May 27, 2008. Attached hereto as Exhibit B is the Return of Service.

3.  At the time of service, Liberty Bank had on deposit $111.05 in the name of Riverbend Scrap Corporation, the Defendant. Attached hereto as Exhibit C is Liberty Bank's Answers to Interrogatories.

WHEREFORE, Plaintiffs respectfully request this Court to order Liberty Bank to release $111.05 to Plaintiffs by mailing a check made payable to Central States, Southeast and Southwest Areas Pension Fund to the undersigned attorney at 9377 W. Higgins Road, Law Department, Rosemont, Illinois 60018, and Plaintiffs further request that the Court grant them all other just and appropriate relief.

Respectfully submitted,

/s/ Laura B. Bacon
Laura B. Bacon (ARDC No. 06288982)
Attorney for Plaintiffs
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018
(847) 518-9800 Ext. 3704
lbacon@centralstatesfunds.org

June 11, 2008