# EXHIBIT B

## Process Servers Inc.
111 West Washington Street
Belleville, Illinois - 62220
(618) 277-4410
License # 117-000823

Case # __08-C-328__

# RETURN OF SERVICE

I, the undersigned employee of Process Servers Inc., a duly registered and qualified Private Investigator, licensed by the State of Illinois, being duly sworn in on my Oath, state that I served the attached __NON WAGE GARNISHMENT__ on the __27th__ day of __MAY__ 2008, at the hour of __2:20 PM__ on __PAT BENNETT/VICE PRESIDENT__ whom I would describe as follows: Sex __MALE__, Race __CAUC__, Age __57 years__.

I served the same at the following address: __LIBERTY BANK__
__2403 HOMER ADAMS PARKWAY__
__ALTON, ILLINOIS 62202__

**If served on someone other than the Defendant at the usual place of abode, please complete:**
I served the same upon a person residing in the house hold of _____
informing the person of the Contents of the Summons, and I further placed a copy of said Summons in a sealed envelope with postage fully prepaid and addressed same to Defendant at his or her place of abode.

**Please complete if service was not made:**
I was unable to serve the Defendant for the following reason:

SUBSCRIBED AND SWORN TO before me this __28th__ day of __MAY__, 20__08__

"OFFICIAL SEAL"
JAMES A. MOUREY
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES AUG. 6, 2010

NOTARY PUBLIC