# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND et al., <br><br>Plaintiffs,<br><br>-vs-<br><br>RIVERBEND SCRAP CORPORATION,<br><br>Defendant,<br><br>and<br><br>LIBERTY BANK<br><br>Garnishee-Defendant. | CASE NO. 08 C 328<br>Judge Leinenweber |

### INTERROGATORIES TO GARNISHEE

1. When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

    ANSWER: __Yes__
    (Yes or No)

2. If your answer is yes, describe the property:

    __Commercial Checking # 11876001__

3. When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

    ANSWER: __No__
    (Yes or No)

4. If your answer is yes, state:

    Description: _____

    Amount: $ _____

    Date Due: _____

### AFFIDAVIT

__Betsy Shewmake__ __6/5/08__ on oath states that the answers to the interrogatories are true.

LIBERTY BANK
2403 HOMER ADAMS PKWY.
P. O. BOX 1092
ALTON, IL 62002-1092

F:262910 / 071111008 / 5/21/08      -2-