## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and HOWARD McDOUGALL, trustee,<br><br>       Plaintiffs,<br><br>   v.<br><br>RIVERBEND SCRAP CORPORATION, an Illinois corporation,<br><br>       Defendant. | Case No. 08 C 328<br><br>District Judge Harry D. Leinenweber<br><br>Magistrate Judge Brown |

## **NOTICE OF MOTION**

TO:   Riverbend Scrap Corporation
       c/o Douglas B. Francis, Registered Agent
       408 W. Center St.
       Brighton, IL 62012

**PLEASE TAKE NOTICE** that on Tuesday, June 17, 2008, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Harry D. Leinenweber, Judge of the United States District Court for the Northern District of Illinois, located in Courtroom 1941, 219 South Dearborn Street,

F:264954 / 07111008 / 6/11/08
-1-

Chicago, Illinois, or such other Judge as may be sitting in his stead, and present the attached Plaintiffs' Motion For Release of Funds.

        Respectfully submitted,

        /s/ Laura B. Bacon
        Laura B. Bacon (ARDC No. 06288982)
        Attorney for Plaintiffs
        Central States, Southeast and
        Southwest Areas Health and Welfare
        and Pension Funds
        9377 W. Higgins Road, 10th Floor
        Rosemont, Illinois 60018-4938
        (847) 518-9800, Ext. 3704
        lbacon@centralstatesfunds.org

## CERTIFICATE OF SERVICE

    I, Laura B. Bacon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on June 11, 2008, I caused the foregoing Notice of Motion and Plaintiffs' Motion for Release of Garnished Funds to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing by mailing said documents to:

>Riverbend Scrap Corporation
>c/o Douglas B. Francis, Registered Agent
>408 W. Center St.
>Brighton, Illinois 62012

Said document was deposited via Overnight Mail, care of the United Parcel Service, at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 11th day of June, 2008.

                                          /s/ Laura B. Bacon
                                          Laura B. Bacon
                                          One of Central States' Attorneys